UNITED STATES of America, Plaintiff–Appellee

v.

Cesar SIQUEIROS–NUNEZ, also known as Omar Siqueiros, also known as Cesar Laureano Siqueiros–Nunez, Defendant–Appellant.

No. 09–51167
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 8, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, Henry Joseph Bemporad, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before KING, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Cesar Siqueiros–Nunez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Siqueiros–Nunez has filed a response. Our independent review of the record, counsel's brief, and Siqueiros–Nunez's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.